In the Matter of the Claim of LESTER A. PETERS, Appellant. JANUS ELEVATOR PRODUCTS, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted November 15, 2010; decided December 21, 2010

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

TRAN HAN HO et al., Appellants, v PATRICK J. BRACKLEY, Respondent.

Submitted November 1, 2010; decided December 21, 2010

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 15 NY3d 707 (2010)].

ROBERTA SCHREIBER ULMER, Appellant, v ROSALIE F. WINARD et al., Respondents.

Submitted October 12, 2010; decided December 21, 2010

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Supreme Court's order denying appellant's motion to vacate, dismissed upon the ground that such part of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.